1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AKEEL JAMAL BIN-BELLAH,

                                  Petitioner,

        v.

JEFFREY UTTECHT,

                                  Respondent.

Case No. C20-1445-JCC-MLP

REPORT AND RECOMMENDATION

14      This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner Akeel Bin-Bellah

15 is currently confined at the Coyote Ridge Corrections Center in Connell, Washington. (*See* Dkt.

16 # 4 at 1.) Petitioner submitted his federal habeas petition to the Court for filing on September 29,

17 2020. (Dkt. # 1.) He indicated therein that he was seeking to challenge a judgment and sentence

18 of the King County Superior Court entered in case number 18-1-02390-1. (*See* Dkt. # 4 at 1.)

19 Petitioner failed to submit with his petition either the requisite filing fee or an application to

20 proceed with this action *in forma pauperis*. He also failed to sign and date his petition.

21      On October 1, 2020, the Clerk sent Petitioner a letter advising him that his submission

22 was deficient because of his failure to meet the filing fee requirement and his failure to sign and

23 date his petition. (Dkt. # 3.) The Clerk enclosed with the letter both an *in forma pauperis*

REPORT AND RECOMMENDATION - 1

application form and a blank signature page, and advised Petitioner that his case may be subject to dismissal if he failed to correct the noted deficiencies within thirty days. (*See id.*) On November 10, 2020, Petitioner paid the filing fee for this action. He failed, however, to submit an original signature.

Because of Petitioner's failure to correct the signature deficiency, this Court, on November 25, 2020, issued an Order directing Petitioner to show cause why his federal habeas petition should not be stricken. (Dkt. # 5.) The Court explained therein that, pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, an unrepresented litigant is required to personally sign every pleading filed with the Court, and the Court is required to strike any unsigned pleading unless the omission is promptly corrected after being called to the party's attention. (*Id.* at 2.) The Court noted that Petitioner had been advised of the omission but had failed to promptly correct it. (*Id.*) Petitioner was directed to show cause within twenty days why his federal habeas petition should not be stricken pursuant to Rule 11(a), and was advised that his failure to timely respond to the Order would result in a recommendation that his petition be stricken and that this action be dismissed for failure to prosecute. To date, Petitioner has not responded in any fashion to the Order to Show Cause.

Based on the foregoing, this Court recommends that Petitioner's federal habeas petition be stricken and that the instant action be dismissed, without prejudice, for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's

REPORT AND RECOMMENDATION - 2

motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 5, 2021**.

DATED this 10th day of February, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3