THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKEEL JAMAL BIN-BELLAH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY UTTECHT,<br><br>　　　　　　Defendant. | CASE NO. C20-1445-JCC<br><br>ORDER |

This matter comes before the Court on United States Magistrate Judge Michelle Peterson's Report and Recommendation ("R&R") recommending that the Court strike Mr. Bin-Bellah's complaint and dismiss this action without prejudice because he has failed to sign the complaint as required by Federal Rule of Civil Procedure 11(a) (Dkt. No. 6). Mr. Bin-Bellah has not objected to the Report and Recommendation, nor has he signed his complaint. Therefore, the Court ADOPTS the Report and Recommendation, STRIKES Plaintiff's complaint, and DISMISSES this case without prejudice. The Court DIRECTS the Clerk to close this case and to send a copy of this order to Mr. Bin-Bellah and Judge Peterson.

　　//

　　//

　　//

　　//

ORDER
C20-1445-JCC
PAGE - 1

DATED this 15th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-1445-JCC
PAGE - 2